ACCEPTED
06-14-00156-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/9/2015 3:14:19 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00156-CR

| | | |
|---|---|---|
| SHAWN SMITH | * | ON APPEAL FROM THE |
| Appellant | * | |
| | * | 102ND JUDICIAL DISTRICT |
| VS. | * | |
| STATE OF TEXAS | * | COURT OF BOWIE COUNTY |
| Appellee | * | TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/9/2015 3:14:19 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW the State of Texas by and through her below named Assistant Criminal District Attorney and pursuant to the Texas Rules of Appellate Procedure and hereby requests a thirty (30) day extension of the time period for the filing of the State's Brief and in support of the same would show the Court as follows:

I.

1. This case is pending from the 102nd Judicial District of Bowie County, Texas. The date of the judgment is August 26, 2014.

2. The case is styled State of Texas v. SHAWN SMITH, Cause Number 13F-0106-102.

3. Appellant was convicted of the offenses of Aggravated Sexual Assault of a Child (Count 1), Indecency with a Child by Sexual Contact (Count 2), Injury to a Child (County 4), and Indecency with a Child by Sexual Contact (Count 7). Appellant was acquitted of the offenses of Assault Causing Bodily Injury by Occlusion (Count 3) and found guilty of the lesser-included offense of Assault Causing Bodily Injury. Appellant was acquitted of the offense of Indecency with a Child by Sexual Contact (Count 5). Appellant was acquitted of the offense of Indecency with a Child by Sexual Contact (Count 6).

4. Punishment for the offense of Aggravated Sexual Assault of a Child (Count 1) was assessed at imprisonment for ninety-nine (99) years in the Institutional Division of the Texas Department of Criminal Justice. Punishment for the offense of Indecency with a Child by Sexual

Contact (Count 2) was assessed at imprisonment for ninety-nine (99) years in the Institutional Division of the Texas Department of Criminal Justice. Punishment for the offense of Assault Causing Bodily Injury (lesser-included offense of Count 3) was assessed at imprisonment for ninety-nine (99) years in the Institutional Division of the Texas Department of Criminal Justice. Punishment for the offense of Injury to a Child (Count 4) was assessed at imprisonment for twenty-five (25) years in the Institutional Division of the Texas Department of Criminal Justice. Punishment for the offense of Indecency with a Child by Sexual Contact (Count 7) was assessed at imprisonment for ninety-nine (99) years in the Institutional Division of the Texas Department of Criminal Justice. The sentences for Counts 1, 3, and 4 are to run concurrently. The sentences for Counts 2 and 7 are to run concurrently. The sentences for Counts 1 and 2 are to run consecutively.

5. Appellant's Brief was filed on January 8, 2015, making the State's Brief originally due on or about February 9, 2015.

6. The State has not previously requested an extension of time for filing the State's Brief.

7. The Brief was not timely prepared in this matter due to the press of the business. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Prepare for and attend docket for the 102nd District Court on January 8, 2015.

- Preparation of the State's Brief in *Steven Wayne Morgan v. State of Texas* in cause number 06-14-00119-CR, which was timely filed on January 16, 2015.

- Preparation of the following cases set for trial on January 16, 2015 by Judge Bobby Lockhart of the 102nd District Court: 14F-0270-102, Jacob Howard – Aggravated Robbery; 14F-0303-102, Jacob Howard – Possession of a Controlled Substance (1-4 grams). Mr. Howard entered a plea of guilty to both offenses on January 8, 2015 and was sentenced to thirty (30) years in the Institutional Division of the Texas Department of Criminal Justice on the charge of Aggravated Robbery and ten (10) years in the Institutional Division of the Texas Department of Criminal Justice on the charge on Possession of a Controlled Substance (1-4 grams).

- Prepare for and attend docket for the 202nd District Court on January 16, 2015.

- Prepare for and attend docket for the 5th District Court on January 26, 2015.

- Prepare for and attend docket for the 202nd District Court on February 2, 2015.

- Prepare for and attend docket for the 102nd District Court on February 5, 2015.

- Prepare for and present cases to the Grand Jury on February 5, 2015.

- Preparation of the following case set for a bond hearing on February 5, 2015 by Judge Leon Pesek of the 202nd District Court: 14F-0980-202, Brandon Henderson – Burglary of a Habitation.

- Prepare for and attend docket for the 5th District Court on February 6, 2015.

- Preparation of the following cases set for trial on February 16, 2015 by Judge Bobby Lockhart of the 102nd District Court: 14F-0133-102, Richard Darby – Aggravated Robbery; 14F-0179-102, Richard Darby – Aggravated Robbery; 14F-0252-102, Richard Darby – Aggravated Robbery; 14F-0521-102, Richard Darby – Aggravated Sexual Assault; 14F-0522-102, Richard Darby – Aggravated Sexual Assault; 14F-0098-102, Richard Darby – Evading Arrest of Detention in a Motor Vehicle; and 14F-0180-102, Richard Darby – Theft ($1,500 – 20,000).

- Preparation of the State's Brief in *Justin Sanders v. State of Texas*, which is due on February 19, 2015.

II.

The State's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## **PRAYER**

WHEREFORE, on the bases of Rule 73 of the Texas Rules of Appellate Procedure, the State respectfully requests this Court to grant the Motion for Extension of Time for the filing of the State's Brief.

Respectfully submitted,

/s/ _Samantha J. Oglesby_
SAMANTHA J. OGLESBY
Texas Bar No. 24070362
601 Main Street
Texarkana, TX 75501

ATTORNEY FOR THE STATE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Troy Hornsby, counsel for Appellant, on this the 9th day of February, 2015.

/s/ *Samantha J. Oglesby*

SAMANTHA J. OGLESBY